# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00193-CV

**Melissa Eickenhorst, Appellant**

**v.**

**Canyon Creek Townhomes, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 83,407, HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on March 21, 2016, and appellant's brief was due on July 27, 2016. On August 16, 2016, this Court notified appellant that her brief was overdue and that her appeal could be dismissed for want of prosecution unless she filed a brief or reasonably explained her failure to file a brief. *See* Tex. R. App. P. 38.8(a). Appellant's deadline to respond was August 26, 2016. To date, appellant has not filed a brief or otherwise responded to our notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed:   September 14, 2016